UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-9004 FMO | Date | May 15, 2019 |
|---|---|---|---|
| Title | In re Arshag Minelian (Michael Shannahan v. Arshag Minelian) | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal [13]

Pursuant to the Court's Order of December 11, 2018, (Dkt. 13), the parties were required to file the joint brief no later than April 23, 2019. As of the filing date of this Order, the parties' joint brief has not been filed. (See, generally, Dkt.).

Accordingly, IT IS ORDERED THAT, no later than **May 31, 2019**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of December 11, 2018. The filing of the joint brief shall be considered a sufficient response to the Order to Show Cause. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |